# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SALIF DIA,

      Petitioner,

    v.

MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*, et al.,

      Respondents.

No. 4:26-CV-01418

(Chief Judge Brann)

## ORDER

### JUNE 12, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Dia's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED** in part;

2. The Government **SHALL** either shall release Dia on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Dia with an individualized bond hearing at which he may present evidence on or before Tuesday, June 23, 2026;

3. On or before Friday, July 3, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4.   The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge