**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

SALIF DIA,

Petitioner,

v.

MARKWAYNE MULLIN, *Secretary of the U.S. Department of Homeland Security*, et al.,

Respondents.

No. 4:26-CV-01418

(Chief Judge Brann)

**ORDER**

**OCTOBER 2, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Court's August 14, 2026 stay is **LIFTED**;
2. Salif Dia's motion to enforce the judgment (Doc. 9) is **GRANTED**;
3. Dia's motion to expedite (Doc. 11) is **DISMISSED** as moot;
4. The Government **SHALL** release Dia from custody within 48 hours of the date of this Order;
5. The Government shall not arrest, detain, or otherwise take Dia into custody on the basis of his immigration status for a period of at least fourteen days following his release from custody;

6. Should Dia be redetained pursuant to § 1226(a), the Government shall provide him with an individualized bond hearing comporting with due process as soon as reasonably practicable at which the Government shall bear the burden of proof by clear and convincing evidence; and

7. Respondents shall file a certification with the Court on or before Friday, October 9, 2026, confirming that Dia has been released from custody.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge